M. P. No. 73-175. VALLEY VIEW TENANT'S ASSOCIATION *et al. v.* JOSEPH A. DOORLEY, JR., *Mayor, et al.* Petition of petitioners for writ of certiorari granted, writ to issue forthwith, and matter assigned to the calendar of October 1, 1973 for

hearing on the merits. Joslin, J., not participating. *Walter R. Stone,* for plaintiffs-petitioners. *Louis A. Mascia,* City Solicitor, *Ronald H. Glantz,* Deputy City Solicitor, for defendants-respondents.